**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BONNIE J. HUBBEL,

    Plaintiff,

v.        Case No. 01-CV-72038-DT

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**ORDER DENYING PLAINTIFF'S PETITION**

On January 2, 2002, the court issued an order and judgment which reversed the determination of the Commissioner of Social Security and remanded the matter to the Commissioner for further proceedings.[1] Six and a half years later, *pro se* Plaintiff Bonnie J. Hubbell has now filed a "Petition Court for Payment," in which she states that the court awarded judgment in her favor and asks for some sort of payment. The court, however, has never ordered or adjudged that Plaintiff is entitled to any monetary award. Rather, the matter was referred to the Commissioner for further proceedings. No further filings were made on this docket, and this case is closed. Accordingly,

IT IS ORDERED that Plaintiff's "Petition Court for Payment" [Dkt. # 15] is DENIED.

                                            S/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: August 19, 2008

---

[1] The order and judgment were docketed on January 7, 2002.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 19, 2008, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\01-72038.HUBBELL.Petition.wpd

2